Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
702.949.8200

ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRRLaw.com
TODD D. ERB
Nevada Bar No. 12203
TErb@LRRLaw.com
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SUCKOW, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES I through X, inclusive; and ROE COMPANIES I through X, inclusive,,<br><br>　　　　　　Defendants. | CASE NO. 2:13-cv-01672<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

4058835.1

DATED this 9th day of December, 2013.

| LAW OFFICE OF DANIEL MARKS | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By */s/ Christopher Marchand*<br>   Daniel Marks<br>   Christopher Marchand<br>520 S. LVB, Ste. 300<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | By */s/ Ann-Martha Andrews*<br>   Ann-Martha Andrews<br>   Todd D. Erb<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendants Life Insurance Company of North America and State Farm Mutual Automobile Insurance Company |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Dated:** December 12, 2013.

-2-

4058835.1